### LOCKWOOD, ADMINISTRATOR OF GUYER, v. SMITH.

A note for a sum of money with an agreement indorsed on the back, that if the defendant give a deed of a certain piece of land, said note to be void — is a note for so much money and recoverable, unless said deed is given.

ACTION on note, dated the 13th of October A. D. 1787 for £40, payable to said Guyer on demand with interest.

Plea in bar — That there was a condition indorsed on the back of said note; that if the defendant should give to said Guyer a deed of a certain house and five acres of land in

Reading, by the 1st day of April then next, said note should be void; and that before said 1st of April, viz. on the 5th of January A. D. 1788, the said Guyer died, whereby it became impossible by the act of God for the defendant to perform said condition. The plaintiff demurred.

Judgment — That the plea is insufficient.

Two questions were made — 1st. Whether this was a penal note, executed to enforce the giving of said deed? Or, 2d. A note given for so much money, and by the indorsement agreed to be paid and discharged by said deed?

The court were of opinion that it was a note for so much money, which by the agreement indorsed on the back of it, might have been discharged by executing said deed. Further, it doth not appear but that said Guyer left heirs to whom said deed might have been given.